# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY STRANGE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OFFICER AVERY FREEMAN, et al. | : | No. 11-7911 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **6th** day of **March, 2012**, upon consideration of Defendants' Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6), Plaintiff's response thereto, and for the reasons stated in this Court's Memorandum dated March 6, 2012, it is hereby

**ORDERED** that Defendants' motion (Document No. 4) is **GRANTED in part** and **DENIED in part** as follows:

1. Counts I, II, and V are **DISMISSED** in their entirety.

2. Count III is **DISMISSED** against Defendants Avery Freeman, William Swanson, and Luis Rodriguez. Count III remains against Defendant the City of Chester.

3. Defendants' motion to dismiss Count IV is **DENIED**.

4. Count VI is **DISMISSED** against Defendants Freeman, Rodriguez, and the City of Chester. Count VI remains against Defendant William Swanson.

5. Count VII is **DISMISSED** against Defendants Avery Freeman, Luis Rodriguez, and the City of Chester. Count VII shall remain against Defendant William Swanson to the extent it relies on the malicious prosecution claim.

BY THE COURT:

_____
**Berle M. Schiller, J.**