IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY STRANGE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OFFICER AVERY FREEMAN, et al., | : | No. 11-7911 |
| Defendants. | : | |

**ORDER**

AND NOW, this **13th** day of **November, 2012**, upon consideration of the Motion for Summary Judgment of Defendants Officer William Swanson and the City of Chester, Plaintiff's opposition thereto, and for the reasons provided in this Court's Memorandum dated November 13, 2012, it is hereby **ORDERED** that:

1. The motion (Document No. 12) is **GRANTED**.

2. Judgment is entered in favor of Officer Swanson and the City of Chester and against Stacy Strange.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
Berle M. Schiller, J.